**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Tomaydo-Tomahhdo, LLC, et al.,** | ) | **CASE NO. 1:14 CV 469** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **George Vozary, et al.,** | ) | **Judgment Entry** |
| | ) | |
| **Defendants.** | ) | |

This Court, having GRANTED Defendants Larry Moore, George Vozary, and Clean Plate, Inc. dba Caterology's Motion for Summary Judgment (Doc. 32) with respect to count one, hereby enters judgment in favor of defendants and against plaintiffs with respect to that count. The remaining counts are dismissed without prejudice.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
Dated: 1/29/15        United States District Judge