IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TOMAYDO-TOMAHHDO, LLC, *et al* : | | Case No:1:14-CV-0469-PAG |
| Plaintiff : | | Judge Patricia A. Gaughan |
| vs. : | | |
| GEORGE VOZARY, *et al* : | | NOTICE OF APPEAL |
| Defendants : | | |

NOTICE OF APPEAL

Now comes Plaintiffs Tomaydo-Tomahhdo, LLC; Ketchup to Us, LLC; Tomaydo-Tomahhdo Express, LLC; Mise-En-Place, Inc.; and Rosemarie I. Carroll; by and through counsel, and hereby give notice that they are appealing to the Sixth Circuit Court of Appeals from the final judgment in favor of the Defendants on Defendants Motion for Summary Judgment, which was entered in this action in this Court on January 29th, 2015 in ECF Doc. # 42.

Respectfully submitted,

//s// Daniel F. Lindner

_____
Daniel F. Lindner (0063918)
The Lindner Law Firm LLC
2077 East 4th Street, Second Floor
Cleveland, Ohio 44115
(216) 737-8888, (216) 737-9999 Fax
Daniel@Justuslawyers.com
*Attorney for Plaintiffs*

Cc:  Opposing Counsel
     CoA

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing NOTICE OF APPEAL has been served on the following, opposing party by operation of this Court's electronic filing system on this 26th day of February, 2015.

                                                                 //s// Daniel F. Lindner
                                                                 _____
                                                                 Daniel F. Lindner (0063918)
                                                                 The Lindner Law Firm LLC
                                                                 2077 East 4th Street, Second Floor
                                                                 Cleveland, Ohio 44115
                                                                (216) 737-8888, (216) 737-9999 Fax
                                                                Daniel@Justuslawyers.com
                                                                *Attorney for Plaintiffs*